Kevin M. Benedicto (SBN 305802)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
kevin.benedicto@morganlewis.com

Ezra D. Church (*Pro Hac Vice to be filed*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:    (215) 963-5000
Facsimile:    (215) 963-5001
ezra.church@morganlewis.com

**Attorneys for Defendants**
**Onvoy, LLC and Inteliquent, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY ZINGER,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>SINCH AMERICA, INC, et al.,<br><br>                    Defendants. | Case No. 3:22-cv-02250-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Dmitry Zinger and Defendants Onvoy, LLC and Inteliquent, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a 21-day extension of time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned matter.

There have been no prior time modifications in this case. With this stipulation, the new deadline for Defendants' response to the Complaint is May 19, 2022.

DATED: April 28, 2022

| /s/ Alex R. Straus | /s/ Kevin M. Benedicto |
|---|---|
| Alex R. Straus (SBN 321366) | Kevin M. Benedicto (SBN 305802) |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Morgan, Lewis & Bockius LLP |
| 280 South Beverly Drive | One Market, Spear Street Tower |
| Beverly Hills, CA 90212 | San Francisco, CA 94105-1126 |
| Telephone: (917) 471-1894 | Telephone:    (415) 442-1000 |
| Facsimile: (310) 496-3176 | Facsimile:    (415) 442-1001 |
| astraus@milberg.com | kevin.benedicto@morganlewis.com |
|  | Ezra D. Church (*Pro Hac Vice to be filed*) |
| Adam Cohen | Morgan, Lewis & Bockius LLP |
| Milberg Coleman Bryson Phillips Grossman, PLLC | 1701 Market Street |
| 100 Garden City Plaza, Suite 500 | Philadelphia, PA 19103 |
| Garden City, NY 11530 | Telephone:    (215) 963-5000 |
| (212) 594-5300 | Facsimile:    (215) 963-5001 |
| acohen@milberg.com | ezra.church@morganlewis.com |
|  |  |
| Attorney for Plaintiff Dmitry Zinger | *Attorneys for Defendants Onvoy, LLC and Inteliquent, Inc.* |

## Certificate Pursuant to Local Rule 5-1(h)(3)

I, Kevin M. Benedicto, am the ECF User whose credentials are being used to file the Stipulation for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to Complaint. In compliance with Local Rule 5-1(h)(3), I hereby attest that Plaintiffs' counsel has concurred in this filing.

Dated: April 28, 2022

By ____/s/ Kevin M. Benedicto____
Kevin M. Benedicto

DB1/ 130004799.1