Kevin M. Benedicto (SBN 305802)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
kevin.benedicto@morganlewis.com

Ezra D. Church (*Pro Hac Vice to be filed*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:    (215) 963-5000
Facsimile:    (215) 963-5001
ezra.church@morganlewis.com

**Attorneys for Defendants**
**Onvoy, LLC and Inteliquent, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY ZINGER,<br><br>        Plaintiffs,<br><br>vs.<br><br>SINCH AMERICA, INC, et al.,<br><br>        Defendants. | Case No. 3:22-cv-02250-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Dmitry Zinger and Defendants Onvoy, LLC and Inteliquent, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a 38-day extension of time for Defendants to answer, move, or otherwise respond to the First Amended Complaint in the above-captioned matter.  There has been one prior extension in this case, but no extensions related to the First Amended Complaint. With this stipulation, the new deadline for Defendants' response to the First Amended Complaint is **June 17, 2022**. The

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT — 1 — 3:22-CV-02250-EMC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

parties believe that the additional time allows continued discussion and potential early resolution of issues in the case.

This extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: May 10, 2022

| /s/ Alex R. Straus | /s/ Kevin M. Benedicto |
|---|---|
| Alex R. Straus (SBN 321366)<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>280 South Beverly Drive<br>Beverly Hills, CA 90212<br>Telephone: (917) 471-1894<br>Facsimile: (310) 496-3176<br>astraus@milberg.com<br><br>Adam Cohen<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>(212) 594-5300<br>acohen@milberg.com<br><br>*Attorney for Plaintiff Dmitry Zinger* | Kevin M. Benedicto (SBN 305802)<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone:    (415) 442-1000<br>Facsimile:    (415) 442-1001<br>kevin.benedicto@morganlewis.com<br><br>Ezra D. Church (*Pro Hac Vice to be filed*)<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone:    (215) 963-5000<br>Facsimile:    (215) 963-5001<br>ezra.church@morganlewis.com<br><br>*Attorneys for Defendants Onvoy, LLC and Inteliquent, Inc.* |

**Certificate Pursuant to Local Rule 5-1(h)(3)**

I, Kevin M. Benedicto, am the ECF User whose credentials are being used to file the Stipulation for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to First Amended Complaint. In compliance with Local Rule 5-1(h)(3), I hereby attest that Plaintiffs' counsel has concurred in this filing.

Dated: May 10, 2022

By     /s/ Kevin M. Benedicto
       Kevin M. Benedicto

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT      2      3:22-CV-02250-EMC

DB1/ 130320749.1