Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive, Ste PH
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

*Counsel for Plaintiff and Proposed Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DMITRY ZINGER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SINCH AMERICA, INC., INTELIQUENT, INC., ONVOY, LLC, DOE TELEMARKETING COMPANIES 1-100, and JOHN AND JANE DOES 1-100,<br><br>    Defendants. | Case No.: 4:22-cv-02250<br><br>Hon. Edward M. Chen |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Dmitry Zinger ("Plaintiff"), through counsel, hereby voluntarily dismisses all claims without prejudice against Defendants Sinch America, Inc., Inteliquent, Inc., and Onvoy, LLC.


Dated: June 1, 2022.

                         */s/ Alex R. Straus*
                         **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                         Alex Straus (SBN 321366)
                         280 S. Beverly Drive, Ste PH
                         Beverly Hills, CA 90212
                         Telephone: (917) 471-1894
                         *Counsel for Plaintiffs and the Proposed Classes*

Plaintiff's Voluntary Dismissal of Claims